# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUI SHUN JIN, et al.,<br>　　　Plaintiffs,<br><br>　　　　　v.<br><br>UNITED STATES CITIZENSHIP<br>AND IMMIGRATION SERVICE,<br>　　　Defendant. | CV 22-7218 DSF (JEMx)<br><br>Order to Show Cause re Service of Process |

　　Plaintiffs filed this case on October 4, 2022. Plaintiffs filed proofs of service on October 12 and October 24, 2022. However, these proofs of service only show that United States Citizenship and Immigration Services has been served. Federal Rule of Civil Procedure 4(i) requires that additional service must be made on the United States via the Department of Justice. See Fed. R. Civ. P. 4(i)(1), (2).

　　Therefore, Plaintiffs are provided until April 14, 2023, either to file proof of service demonstrating that Rule 4(i) has been satisfied or to show cause, in writing, why the time for service should be further extended.

　　IT IS SO ORDERED.

Date: March 13, 2023

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　　　　　　United States District Judge