JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUI SHUN JIN, et al., <br>     Petitioners, <br><br> v. <br><br> UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, <br>     Respondent. | CV 22-7218 DSF (JEMx) <br><br> JUDGMENT |

    The Court having granted a motion to dismiss and Petitioners not having amended their petition within the time allowed by the Court,

    IT IS ORDERED AND ADJUDGED that Petitioners not receive the relief sought, that the action be dismissed with prejudice, and that Respondent recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: August 29, 2023

_Dale S. Fischer_
Dale S. Fischer
United States District Judge